# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WILSON DIVISION

IN THE MATTER OF**: JOSEPH T. JONES, SR.**            CASE NO:  **04-06417-8-RDD**
            **CARRIE C. JONES**

## REPORT ON UNCLAIMED DIVIDENDS

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1.  That checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and said checks have been returned to the undersigned as a result of insufficient or incorrect mailing addresses of the creditor-payee, or said checks have not been cashed by the creditor-payee, said checks being as follows:

| NAME AND LAST KNOWN ADDRESS | AMOUNT | DATE ISSUED |
|---|---|---|
| **OSI PORTFOLIO SERVICES**<br>**C/O GULF STATE CREDIT**<br>**PO BOX 4907**<br>**TRENTON, NJ 08650-4907** | **$18.21** | **5/07/2009** |

2.  That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay unto the Court said unclaimed dividends pursuant to 11 U.S.C. 347.

**December 8, 2009**                    /s/ Trawick H. Stubbs, Jr.
                    **TRAWICK H. STUBBS, JR.**
                    **CHAPTER 13 TRUSTEE**
                    **P. O. BOX 1618**
                    **NEW BERN, NC  28563**
                    **(252) 633-0074**